# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:26-cv-00291-FWS-KESx Date: October 14, 2026

Title: Anthony Dixon v. State Farm Mutual Automobile Insurance Company et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Jazmin Dorado | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: None Present | ATTORNEYS PRESENT FOR DEFENDANT: None Present |

**PROCEEDINGS (IN CHAMBERS): ORDER Re Stipulated Protective Order (Dkt. 14)**

The Court declines to enter the proposed stipulated protective order (Dkt. 14) but invites the parties to resubmit it after correcting the following issues:

(1) The scope must be limited to pre-trial proceedings. The trial judge will determine how to handle confidential materials at trial.
(2) In many places, the order purports to impose obligations on the Court or its staff. See, e.g., Paragraph 1 (imposing obligations on "individuals authorized to review …") and Paragraph 18(a) ("other persons"). Defining the term "Receiving Party" and using that defined term consistently may avoid this problem.
(3) Paragraph 2 refers to both "Confidential Information" and "Confidential Material." It is unclear if some distinction was intended.
(4) In the Court's experience, requiring litigants to challenge confidentiality designations within a limited time (like in Paragraph 4) results in needless disputes over documents no one ever intends to use.
(5) Paragraph 4 purports to authorize a new procedure for discovery motions. Discovery motions must follow Local Rule 37-1 or Judge Scott's informal discovery conference procedure.
(6) Court orders cannot be modified by agreement of the parties. (Paragraph 5.)
(7) Paragraph 6(b) purports to limit access to only certain court staff. Documents filed under seal can be accessed by any judge and chambers staff.
(8) The Court cannot authorize in advance under seal filing of anything designated confidential. (Paragraph 14.)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**



(9) The Court declines to retain jurisdiction for longer than 6 months after the termination of the lawsuit. (Paragraph 19.)

(10) The Court declines to order that the parties are not obligated to respond to valid subpoenas issued in other courts.

 Initials of Deputy Clerk JD